UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 17-07795-CJC(JPRx)  Date: October 27, 2017

Title: <u>DOROTHY-BYRD HARRIS *ET AL.* V. PFIZER, INC. *ET AL.*</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Melissa Kunig</u> | <u>N/A</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE**

      Thousands of women filed over 100 cases in California state court alleging that Lipitor, a prescription drug developed and manufactured by Pfizer and marketed and distributed by McKesson Corporation, had caused them to suffer from Type II diabetes. The cases were removed to federal court based on "mass action" jurisdiction pursuant to the Class Action Fairness Act ("CAFA"), referred to the United States Judicial Panel of Multidistrict Litigation ("MDL"), subsequently sent back to this Court, and then consolidated under a master case number for administrative purposes (the "17-00005 Case"). (SAMC 17-00005-CJC(JPRx).) On May 23, 2017, the Court remanded the cases to state court, finding the requirements of CAFA mass action jurisdiction were not met. (SAMC 17-00005-CJC(JPRx) Dkt. 20.) On May 31, 2017, the Court denied Pfizer's *ex parte* application to stay the Court's decision pending an appeal. (SAMC 17-00005-CJC(JPRx) Dkt. 24.)

      This action was initiated after the Court issued its remand order, so it was not consolidated under the 17-00005 Case. This case is **REMANDED** to state court for the reasons articulated in the Court's orders dated May 23, 2017, and May 31, 2017, in the 17-00005 Case. (SAMC 17-00005-CJC(JPRx) Dkts. 20, 24.)

sl